# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

In Re:

| | | |
|---|---|---|
| Kimberly N Cunningham | : | Case No. 09-65003 |
| | : | |
| Debtor . | : | Chapter 13, Judge Caldwell |

## NOTICE OF CHANGE OF PAYMENT ADDRESS
## FOR PROOF OF CLAIM FOR STATE OF OHIO

**Now comes**, the State of Ohio, Department of Taxation ("TAX"), and through Special Counsel, Eleanor Beavers Haynes, and hereby gives notice to this Court and the Trustee, either Chapter 13 or Interim Trustee of their change of address for payment on all Proofs of Claims filed on behalf of "TAX". Checks should be made payable to Ohio Department of Taxation or Attorney General, State of Ohio in care of Eleanor Beavers Haynes. Payments should be directed to Special Counsel, Eleanor Beavers Haynes at 399 East Main Street, Suite 200, Columbus, Ohio 43215-5384.

/s/ Eleanor Beavers Haynes
Eleanor Beavers Haynes   (0006936)
Special Counsel
399 East Main Street, Suite 200
Columbus, Ohio  43215-5384
Phone: (614) 221-9500
Fax:    (614) 621-1115
Special Counsel to Richard Cordray
Attorney General of Ohio

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing Notice was electronically filed and noticed this 13th of December 2014, to the following:  Office of the United States Trustee and, Frank M. Pees, Chapter 13 Trustee.

/s/ Eleanor Beavers Haynes
Eleanor Beavers Haynes   (0006936)
Special Counsel to Richard Cordray
Attorney General of Ohio